UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Curtis McDaniel

_____

Write the full name of each plaintiff.

-against-

The People of The
State Of New York

_____

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

No. **19 cv 7680**
(To be filled out by Clerk's Office)

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes  ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

I. **LEGAL BASIS FOR CLAIM**

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☑ Other: False Imprisonment and wrongfull prosecution

II. **PLAINTIFF INFORMATION**

Each plaintiff must provide the following information. Attach additional pages if necessary.

Curtis / O / McDaniel
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

3491901551 B  00474252B
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Current Place of Detention
18-18 Hazen St
Institutional Address

E. Elmhurst / N.Y. / 11370
County, City / State / Zip Code

III. **PRISONER STATUS**

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other:

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:
First Name _____ Last Name _____ Shield # _____

Current Job Title (or other identifying information) _____

Current Work Address _____

County, City _____ State _____ Zip Code _____

Defendant 2:
First Name _____ Last Name _____ Shield # _____

Current Job Title (or other identifying information) _____

Current Work Address _____

County, City _____ State _____ Zip Code _____

Defendant 3:
First Name _____ Last Name _____ Shield # _____

Current Job Title (or other identifying information) _____

Current Work Address _____

County, City _____ State _____ Zip Code _____

Defendant 4:
First Name _____ Last Name _____ Shield # _____

Current Job Title (or other identifying information) _____

Current Work Address _____

County, City _____ State _____ Zip Code _____

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 100 Center Street, N.Y. N.Y 1000[?]

Date(s) of occurrence: 6/21/2018

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I was arrest in cour one month after the incedent complaint I was bea[t] up and hit with a stun gun. The complaint was done by a another man saying we had a fight. I soffered injurys to the face and head do the multiple punchs, during the fight and the assalt called the police while I was toying to leave the apartment and I was all recorded on a police call. 3 month later I was arrested in court on another criminal case and was beat up by the police hit with a stun gun and sent to the hospital. The case was dismissed doo to speedy trail provisions. by Judge fh

Page 4

vexatious Litigation

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I was take to bekview and stun gun metal prong where pulled out of me. I had punch and knee strikes to the face that where unreported and was rape in a cloth with I have esthmena and take to the hospital discomfort, injury to health, my money wasnt vouche in the right amount arrest from court

**VI. RELIEF**

State briefly what money damages or other relief you want the court to order.

My property was broken phone screen cracked chain poped cloth ripped sneakers destoryed

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 05/22/19
Plaintiff's Signature: Curtis McDennie

First Name: Curtis
Middle Initial: O
Last Name: McDennie

Prison Address: 18-18 Hazen Street
County, City: E. Elmhurst
State: N.Y.
Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6

```
CRIMINAL COURT OF THE CITY OF NEW YORK        CERTIFICATE OF DISPOSITION
COUNTY OF NEW YORK                                   NUMBER:  559573

THE PEOPLE OF THE STATE OF NEW   YORK
                      VS

MCDANIELS,CURTIS                                       08/05/1989
Defendant                                            Date of Birth


                                                       0474252R
Address                                              NYSID Number

                                                       06/21/2018
City               State   Zip                       Date of Arrest/Issue

                                                    Summons No:
Docket Number: 2018NY027505

PL 120.00 01 AM,PL 120.00 02 AM,PL 240.30 04 AM,110-PL 120.00 01 BM,
PL 240.26 01 V,
-----------------------------------------------------------------------
Arraignment Charges


Case Disposition Information:

     Date           Court Action                   Judge              Part
  10/17/2018   DISM - SPEEDY TRIAL PROVISIONS   THOMPSON,A             D
```

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY        _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

  SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030 [CRS963]


     I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

FANELLI,R                                       11/28/2018
COURT OFFICIAL SIGNATURE AND SEAL                 DATE        FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
          SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)