```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/17/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURTIS McDANIEL,

      Plaintiff,

-against-

THE PEOPLE OF THE STATE NEW YORK, et al.,

      Defendants.

1-19-CV-7680 (AJN) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      The telephonic initial case management conference in this matter currently scheduled for April 2, 2020 at 10:00 a.m. is hereby adjourned to **July 6, 2020 at 10:00 a.m.** To the extent Plaintiff has questions, the Court refers him to the Information Package that he was mailed.

      It is hereby **ORDERED** that the Warden or other official in charge of the Bare Hill Correctional Facility produce plaintiff Curtis McDaniel., Inmate Number 20-A-0242, on <u>July 6, 2020, no later than 10:00 a.m.,</u> to a suitable location within the Bare Hill Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel.  If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

      The Parties are directed to review Judge Parker's Individual Rules of Practice in Civil Cases attached to this order.  Plaintiff is directed to complete the Proposed Case Management Plan for Pro Se Plaintiffs and mail it to The Honorable Katharine H. Parker, U.S. District Court, 500 Pearl Street Room 750, New York, New York 10007 one week before the scheduled conference.

      Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact

the Downstate Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; (3) complete the Proposed Case Management Plan For Pro Se Plaintiffs and e-mail it to Parker_NYSDChambers@nysd.uscourts.gov, and (4) telephone chambers at (212) 805-0234, with the plaintiff on the line, at the time and date of the conference.

**The Clerk of Court is requested to mail a copy of this order to the *pro se* Plaintiff.**

Dated: March 17, 2020
New York, New York

**SO ORDERED.**

_____
**KATHARINE H. PARKER
United States Magistrate Judge**