UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2021
```

CURTIS McDANIEL,

                Plaintiff,

-against-

THE PEOPLE OF THE STATE OF NEW YORK, et al,

                Defendants.

CURTIS McDANIEL,

                Plaintiff,

-against-

NYC FIRE DEPARTMENT, NYC POLICE DEPARTMENT, JOHN and JANE DOES 1-7, CITY OF NEW YORK,

                Defendants.

**1:19-CV-7680 (AJN) (KHP)**

**ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A telephonic Case Management Conference in this matter is hereby scheduled for **Thursday, August 5, 2021 at 2:00 p.m.**  It is hereby **ORDERED** that the Warden or other official in charge of the Bare Hill Correctional Facility produce plaintiff Curtis McDaniel., Inmate Number 20-A-0242, on **August 5, 2021, no later than 2:00 p.m.,** to a suitable location within the Bare Hill Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel.  If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Bare Hill Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; (3) call into Judge Parker's **AT&T teleconference line (866) 434-5269, Access Code: 4858267,** with the plaintiff on the line, at the time and date of the conference.

The Clerk of Court is requested to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED**.

Dated: June 11, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

**The Clerk of Court is requested to mail a copy of this order to:**

**Curtis McDaniel**
**DIN # 20-A-0242**
**Bare Hill Correctional Facility**
**Caller Box 20**
**181 Brand Road**
**Malone, NY 12953**