USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/04/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURTIS McDANIEL,

      Plaintiff,

-against-

THE PEOPLE OF THE STATE NEW YORK, et al.,

      Defendants.

1-19-CV-7680 (AJN) (KHP)

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The telephonic Case Management conference in this matter currently scheduled for August 5, 2021 at 2:00 p.m. is hereby adjourned to **Thursday, September 16, 2021 at 10:00 a.m**

It is hereby **ORDERED** that the Warden or other official in charge of the Bare Hill Correctional Facility produce plaintiff **Curtis McDaniel., Inmate Number 20-A-0242**, on **September 16, 2021, no later than 10:00 a.m.,** to a suitable location within the Bare Hill Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Bare Hill Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; (3) call into Judge Parker's **AT&T teleconference line (866) 434-5269, Access Code: 4858267,** with the plaintiff on the line, at the time and date of the conference.

**The Clerk of Court is requested to mail a copy of this order to the *pro se* Plaintiff.**

2

Dated: August 4, 2021
      New York, New York

                                      **SO ORDERED**.

                                      _____
                                      **KATHARINE H. PARKER**
                                      **United States Magistrate Judge**