```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| CURTIS McDANIEL,<br><br>                              Plaintiff,<br><br>     -against-<br><br>THE PEOPLE OF THE STATE OF NEW YORK, et al,<br><br>                              Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 9/17/2021<br><br><br>1:19-CV-7680 (AJN) (KHP)<br><br>**ORDER** |
| CURTIS McDANIEL,<br><br>                              Plaintiff,<br><br>     -against-<br><br>NYC FIRE DEPARTMENT, NYC POLICE DEPARTMENT, JOHN and JANE DOES 1-7, CITY OF NEW YORK,<br><br>                              Defendants. | |

**KATHARINE H. PARKER, United States Magistrate Judge:**

Pursuant to the case management conference today, the following Scheduling Order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Pleadings, Parties, and Motions.** The last date to amend the pleadings or join parties is October 16, 2021.

**Discovery.** The deadline to complete fact discovery is December 31, 2021.

**Interim Discovery Deadlines.** The parties have represented that initial disclosures have been produced. Defense Counsel represented that they intend to take Plaintiff's deposition.

Should the Plaintiff chose to do so, the Plaintiff is permitted to question any of the Defendant's by deposition of written questions according to the Federal Rules of Civil Procedure 31. As provided in Rule 31(a)(2)(B), a deposition may be taken with leave of the court if the deponent is confined in prison. Fed. R. Civ. P. 31(a)(2)(B).

A case management conference is scheduled for **Tuesday, November 9, 2021 at 10:00 a.m**. Counsel for Defendants is directed to coordinate with the prison and call the Court's conference line together with Plaintiff for the conference. The dial in is: (866) 434-5269, Access Code: 4858267.

**The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

**SO ORDERED**.

Dated: September 17, 2021
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

---

**The Clerk of Court is requested to mail a copy of this order to:**

**Curtis McDaniel**
**DIN # 20-A-0242**
**Bare Hill Correctional Facility**
**Caller Box 20**
**181 Brand Road**
**Malone, NY 12953**