USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CURTIS McDANIEL, | |
| Plaintiff, | |
| -against- | |
| THE PEOPLE OF THE STATE OF NEW YORK, et al, | |
| Defendants. | |

1:19-CV-7680 (AJN) (KHP)

**ORDER**

| | |
|---|---|
| CURTIS McDANIEL, | |
| Plaintiff, | |
| -against- | |
| NYC FIRE DEPARTMENT, NYC POLICE DEPARTMENT, JOHN and JANE DOES 1-7, CITY OF NEW YORK, | |
| Defendants. | |

**KATHARINE H. PARKER, United States Magistrate Judge:**

Pursuant to the case management conference today, the Defendants are ordered to send their requests for information, Plaintiff's request for any police reports involving this incident, as well as medical disclosures, to the Plaintiff in an 8 ½ x 11 inch envelope with a self-addressed stamped envelope for return, at the following address (with Plaintiff's Identification Number) by **December 17, 2021**:

    Curtis A. McDaniel
    ID. No. 20-A-0242
    Bare Hill C.F.
    Caller Box 20

181 Brand Rd.
Malone, NY 12953

The Court also orders Defendants to reach out to Defendant Police Officer Rosanna Espinal and Defendant Sergeant Judy Biondolillo to determine if they will be represented by the New York City Law Department.  The Defendant's are also ordered to submit an answer on behalf of all of the Defendant's together by **January 14, 2022**.  If the additional two Defendants are not served or would not like the New York City Law Department to represent them, please provide this update to the court in a status letter by **January 14, 2022**.

Lastly, the Court extended the fact discovery deadline until **March 31, 2022** and scheduled a conference on **Tuesday, February 8, 2022 at 12:00 p.m.**  Counsel for Defendants are directed to coordinate with the prison and call the Court's conference line together with Plaintiff for the conference. The dial in is: (866) 434-5269, Access Code: 4858267.

**The Clerk of Court is requested to mail a copy of this order to the Plaintiff**.

**SO ORDERED**.

Dated: December 16, 2021
       New York, New York

_Katharine H Parker_
_____
KATHARINE H. PARKER
United States Magistrate Judge

**The Clerk of Court is requested to mail a copy of this order to:**

**Curtis McDaniel**
**DIN # 20-A-0242**

**Bare Hill Correctional Facility**
**Caller Box 20**
**181 Brand Road**
**Malone, NY 1295**