USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURTIS McDANIEL,

          Plaintiff,

-against-

THE PEOPLE OF THE STATE OF NEW YORK, et al,

          Defendants.

CURTIS McDANIEL,

          Plaintiff,

-against-

NYC FIRE DEPARTMENT, NYC POLICE DEPARTMENT, JOHN and JANE DOES 1-7, CITY OF NEW YORK,

          Defendants.

1:19-CV-7680 (AJN) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

Pursuant to the case management conference held on March 15, 2022, the Court ordered the following deadlines:

- Defendants are ordered to provide the correct address for Officer Rosanna Espinal by March 22, 2022.

- Defendants are ordered to send a release for the FDNY to Plaintiff in an 8 ½ X 11 inch envelope with a self-addressed stamped envelope for return at the following address (with Plaintiff's Identification Number): Curtis A. McDaniel, ID.

No. 20-A-0242, Bare Hill C.F., Caller Box 20, 181 Brand Road, Malone, NY 12953. Plaintiff is ordered to sign the release, get it notarized, and mail it back to Defendants.

- Once the FDNY records are received, Defendants are ordered to take Plaintiff's deposition.

- Defendants are ordered to produce the 9-1-1 call from the incident that occurred in March of 2019 where Plaintiff called the police about his dog and any communication that occurred between the police and the FDNY that day.

- The fact discovery deadline has been extended until May 31, 2022.

- The parties are required to send me a joint status letter by April 18, 2022.

**The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

**SO ORDERED**.

Dated: March 15, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

**The Clerk of Court is requested to mail a copy of this order to:**

**Curtis McDaniel**
**DIN # 20-A-0242**
**Bare Hill Correctional Facility**
**Caller Box 20**
**181 Brand Road**
**Malone, NY 1295**