USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CURTIS McDANIEL,<br><br>         Plaintiff,<br><br>  -against-<br><br>THE PEOPLE OF THE STATE OF NEW YORK, et al,<br><br>         Defendants. | 19-CV-7680 (KPF) (KHP)<br><br>20-CV-00995 (KPF) (KHP)<br><br>**ORDER** |
| CURTIS McDANIEL,<br><br>         Plaintiff,<br><br>  -against-<br><br>NYC FIRE DEPARTMENT, NYC POLICE DEPARTMENT, JOHN and JANE DOES 1-7, CITY OF NEW YORK,<br><br>         Defendants. | |

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the June 27, 2022 Case Management Conference:

The deadline for fact discovery is extended to **Monday, August 1, 2022**.

By **Thursday, August 11, 2022**, Defendants must respond to Plaintiff's settlement offer.

A telephonic case management conference is scheduled on **Tuesday, September 13, 2022, at 3:15 p.m.** It is ORDERED that the Warden or other official in charge of the Bare Hill Correctional Facility produce plaintiff Curtis McDaniel, Inmate Number 20-A-0242, on September 13, 2022, no later than 3:15 p.m., to a suitable location within the Bare Hill Correctional Facility that is equipped with a telephone, for the purpose of participating by

telephone in the conference. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234. Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Bare Hill Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) call into Judge Parker's AT&T teleconference line (866) 434-5269, Access Code: 4858267, with the plaintiff on the line, at the time and date of the conference.

Finally, it has come to the Court's attention that the Plaintiff's name is incorrectly reflected on the docket as "Curtis A. McDaniel" rather than "Curtis O. McDaniel." The Clerk of the Court is respectfully requested to revise Plaintiff's middle initial on the docket from an "A" to an "O."

**SO ORDERED**.

Dated: June 27, 2022
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

**The Clerk of Court is requested to mail a copy of this order to:**

Curtis O. McDaniel
DIN # 20-A-0242
Bare Hill Correctional Facility
Caller Box 20
181 Brand Road
Malone, NY 12953