UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/15/2022
```

| | |
|---|---|
| CURTIS McDANIEL, | |
| Plaintiff, | |
| -against- | |
| THE PEOPLE OF THE STATE OF NEW YORK, et al, | |
| Defendants. | |

19-CV-7680 (KPF) (KHP)

20-CV-00995 (KPF) (KHP)

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

| | |
|---|---|
| CURTIS McDANIEL, | |
| Plaintiff, | |
| -against- | |
| NYC FIRE DEPARTMENT, NYC POLICE DEPARTMENT, JOHN and JANE DOES 1-7, CITY OF NEW YORK, | |
| Defendants. | |

**KATHARINE H. PARKER, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **Monday, October 31, 2022 at 10:00 a.m.** The conference will take place over Webex. The Court will email Defendants with the Webex log-in information in advance of the conference.

The parties may, but are not required to, submit an ex parte letter (i.e. a letter shared with the Court but not shared with the other side or the public) of no more than three page, to be received by the Court no later than **Monday, October 24, 2022**. The letter may summarize the issues in the case, the settlement value of the case and rationale for it, case law authority relevant to settlement discussions, and any other facts that would be helpful to the Court in

preparation for the conference.  The letter may be emailed to

Parker_NYSDChambers@nysd.uscourts.gov, or mailed to Chambers at Hon. Katharine H. Parker,

Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312.

Defendants' counsel must: (1) send this Order to the Bare Hill Correctional Facility

Warden immediately; (2) upon receiving the Webex log-in information via email, contact Bare

Hill Correctional Facility to share the log-in information with the Facility.  Additionally, counsel

for Defendants and the person with decision-making authority to settle the matter on behalf of

Defendants must attend the conference via Webex at the scheduled time.

It is **ORDERED** that the Warden or official in charge of the Bare Hill Correctional Facility

produce Plaintiff Curtis McDaniel, Number 20-A-0242, on **October 31, 2022 at 10:00 a.m.** to a

suitable location within the Bare Hill Correctional Facility that is equipped with a computer that

can connect via audio and video to a Webex conference, for the purpose of participating in the

conference.  The Warden or other official is directed to ensure that Plaintiff is connected to the

Webex conference at the scheduled time using the log-in information to be provided by

Defendants.  If the scheduled time and date, or use of the Webex system, presents a hardship,

the Warden or the Warden's designee should promptly inform Chambers at (212) 805-4224.

**The Clerk of Court is requested to mail a copy of this order to:  Curtis O. McDaniel, DIN**

**# 20-A-0242, Bare Hill Correctional Facility, Caller Box 20, 181 Brand Road, Malone, NY 12953**

**SO ORDERED**.

Dated: September 15, 2022
       New York, New York

_Katharine H. Parker_

KATHARINE H. PARKER
United States Magistrate Judge