UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURTIS McDANIEL,

                Plaintiff,

-against-

THE PEOPLE OF THE STATE OF NEW YORK, et al,

                Defendants.

CURTIS McDANIEL,

                Plaintiff,

-against-

NYC FIRE DEPARTMENT, NYC POLICE DEPARTMENT, JOHN and JANE DOES 1-7, CITY OF NEW YORK,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2022

19-CV-7680 (KPF) (KHP)

20-CV-00995 (KPF) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

Discovery in these related cases has closed and the parties were not able to reach a settlement agreement. If Defendants wish to move for summary judgment, by **Monday, November 14, 2022**, they shall submit a pre-motion submission to Judge Failla in accordance with her Individual Rules. If Defendants do not wish to move for summary judgment, by **Monday, November 14, 2022**, they shall submit a letter to Judge Failla requesting a pre-trial conference.

The Clerk of Court is requested to mail a copy of this order to: Curtis O. McDaniel, DIN # 20-A-0242, Bare Hill Correctional Facility, Caller Box 20, 181 Brand Road, Malone, NY 12953

**SO ORDERED**.

Dated: October 31, 2022
       New York, New York

*Katharine H. Parker*
_____

KATHARINE H. PARKER
United States Magistrate Judge