UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| IN RE MCDANIEL LITIGATION |

20 Civ. 995 (KPF);
19 Civ. 7680 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

      The Court has recently become aware that Plaintiff Curtis O. McDaniel was released from federal custody on November 23, 2022, and may not have received Defendant's pre-motion letter filed November 14, 2022 (Dkt. #124), or the Court's subsequent November 28, 2022 order setting a pre-motion conference and directing Plaintiff to respond on or before December 22, 2022 (Dkt. #125).

      Accordingly, Defendant is hereby ordered to mail a copy of its pre-motion letter to Plaintiff at his address of record, and the Clerk of Court is hereby directed to mail a copy of this Order and the Court's November 28, 2022 Order (Dkt. #125) to Plaintiff at his address of record.

      In order to provide Plaintiff with adequate time to review and respond to Defendant's letter, Plaintiff's deadline to file a response is hereby ADJOURNED to **January 24, 2023**, and the pre-motion conference currently scheduled for January 5, 2023, is hereby ADJOURNED to **February 2, 2023, at 10:30 a.m.** The conference will be held telephonically.  At the scheduled date and time, the parties are to call (888) 363-4749 and enter access code 5123533.

      SO ORDERED.

Dated:   December 28, 2022
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge